

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00346-CV

**IN THE INTEREST OF J.V.O.** and J.R.O. III, Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02697
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we DISMISS FOR WANT OF JURISDICTION the appeal of Joe Ramiro Ortega from the divorce decree, signed on May 22, 2018, and from the trial court's contempt order, signed on June 2, 2020. We AFFIRM the trial court's judgment for arrearages, signed on June 2, 2020. It is ORDERED that no costs be assessed against appellant Joe Ramiro Ortega in relation to this appeal because he is indigent.

SIGNED August 25, 2021.

_____
Rebeca C. Martinez, Chief Justice